IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-99-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL ANTHONY JONES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion to withdraw (DE 285) motions at DE 284 and DE 283, stating that he would "like to stop all action and case to be closed." For good cause shown, the motion to withdraw is GRANTED, and motions at DE 284 and DE 283 are WITHDRAWN. Remaining pending is defendant's motion for clarification or to appoint counsel, filed July 11, 2019 (DE 279). In light of the relief requested in the instant motion to withdraw, the court construes the motion to withdraw also as including in part a request withdraw DE 279. In addition, the court lacks jurisdiction to provide general legal advice, as requested in DE 279. Furthermore, to the extent defendant seeks appointment of counsel generally for conduct of post-conviction proceedings, good cause for the same has not been shown. Therefore, the motion at DE 279 is DENIED.

SO ORDERED, this the 29th day of October, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge